Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| INTELLECTUAL VENTURES I LLC, | Civil Action 3:23-cv-01241-TSH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HEWLETT PACKARD ENTERPRISE CO., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Intellectual Ventures I LLC, and Defendant, Hewlett Packard Enterprise Co., subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

4454812.v1

| | |
|---|---|
| April 3, 2023 | Respectfully submitted, |
| /s/ Aaron S. Jacobs<br>Aaron S. Jacobs (CA No. 214953)<br>ajacobs@princelobel.com<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>617-456-8000<br><br>Attorneys for Plaintiff | /s/ Sean C. Cunningham<br>Sean C. Cunningham (Bar No. 174931)<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121<br>Telephone: (858) 677-1400<br>Facsimile: (858) 677-1401<br>sean.cunningham@us.dlapiper.com<br><br>ATTORNEYS FOR DEFENDANT |

ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Aaron S. Jacobs

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ Aaron S. Jacobs