AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas, Waco Division__ on the following

☐ Trademarks or   ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:21-cv-226 | DATE FILED<br>3/9/2021 | U.S. DISTRICT COURT<br>Western District of Texas, Waco Division | |
|---|---|---|---|
| PLAINTIFF<br>Intellectual Ventures I LLC and<br>Intellectual Ventures II LLC | | DEFENDANT<br>Hewlett Packard Enterprise Company | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See attached list | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| STIPULATION OF DISMISSAL WITH PREJUDICE   Transfered to the Northern District of California 03/17/23. 23-cv-1241-TSH |

| CLERK<br>Mark B. Busby | (BY) DEPUTY CLERK<br>*Cynthia J. Lenahan* | DATE<br>04/04/2023 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

Patents

| Patent or Trademark No. | Date of Patent or Trdemark | Holder of Patent or Trademark |
|---|---|---|
| 6,618,736 | 9/9/2003 | Intellectual Ventures I LLC |
| RE 42,153 | 2/15/2011 | Intellectual Ventures II LLC |
| 7,783,788 | 8/24/2010 | Intellectual Ventures II LLC |
| RE 44,818 | 3/25/2014 | Intellectual Ventures II LLC |
| 6,816,464 | 11/9/2004 | Intellectual Ventures II LLC |
| 8,023,991 | 9/20/2011 | Intellectual Ventures II LLC |
| 8,725,132 | 5/13/2014 | Intellectual Ventures II LLC |