Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | Civil Action  3:23-cv-01241-TSH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HEWLETT PACKARD ENTERPRISE CO., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Intellectual Ventures I LLC, and Defendant, Hewlett Packard Enterprise Co., subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

4454812.v1

April 3, 2023                                          Respectfully submitted,

/s/ Aaron S. Jacobs                                   /s/ Sean C. Cunningham
Aaron S. Jacobs (CA No. 214953)                       Sean C. Cunningham (Bar No. 174931)
ajacobs@princelobel.com                               DLA PIPER LLP (US)
PRINCE LOBEL TYE LLP                                  4365 Executive Drive, Suite 1100
One International Place, Suite 3700                    San Diego, CA 92121
Boston, MA 02110                                      Telephone: (858) 677-1400
617-456-8000                                          Facsimile: (858) 677-1401
                                                      sean.cunningham@us.dlapiper.com
Attorneys for Plaintiff
                                                      ATTORNEYS FOR DEFENDANT

## ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Aaron S. Jacobs

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ Aaron S. Jacobs